1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

6

7

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10

11 RONALD MOORE,                          )  No.  1:12-CV-00210-AWI-SMS
                                          )
12          Plaintiff,                    )
                                          )  **NOTICE OF VOLUNTARY DISMISSAL
13      vs.                               )  OF DEFENDANTS S MAJOR DEOL AND
                                          )  JASWINDER S. BOPARAI DBA SABER
14 JOHN S. SUN, et al.,                   )  LIQUOR MARKET ONLY; [PROPOSED]
                                          )  ORDER**
15          Defendants.                   )
                                          )
16                                        )
                                          )
17 _____ )

18      WHEREAS, Defendants Major Deol and Jaswinder S. Boparai dba Saber Liquor Market

19 have not filed an answer or motion for summary judgment;

20      WHEREAS, no counterclaim has been filed;

21      Plaintiff hereby respectfully requests that ONLY Defendants Major Deol and Jaswinder

22 S. Boparai dba Saber Liquor Market be dismissed with prejudice pursuant to Federal Rule of

23 Civil Procedure 41(a)(1)(A)(i).

24 Date: April 5, 2012                         MOORE LAW FIRM, P.C.

25

26
                                               /s/Tanya E. Moore
27                                             Tanya E. Moore
                                               Attorneys for Plaintiff Ronald Moore
28

*Moore v. Sun., et al.*
Notice of Voluntary Dismissal; [Proposed] Order
                            Page 1

## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that <u>ONLY</u> Defendants Major Deol and Jaswinder S. Boparai dba Saber Liquor Market be dismissed with prejudice from this action.

IT IS SO ORDERED.

Dated:   April 5, 2012                            _____
                                                  CHIEF UNITED STATES DISTRICT JUDGE