1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN S. SUN, et al.,<br><br>　　　　Defendants. | No.  1:12-CV-00210-AWI-SMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS S MAJOR DEOL AND JASWINDER S. BOPARAI DBA SABER LIQUOR MARKET <u>ONLY</u>; [PROPOSED] ORDER** |

　　　　WHEREAS, Defendants Major Deol and Jaswinder S. Boparai dba Saber Liquor Market have not filed an answer or motion for summary judgment;

　　　　WHEREAS, no counterclaim has been filed;

　　　　Plaintiff hereby respectfully requests that <u>ONLY</u> Defendants Major Deol and Jaswinder S. Boparai dba Saber Liquor Market be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: April 5, 2012                    MOORE LAW FIRM, P.C.


                                       /s/Tanya E. Moore
                                       Tanya E. Moore
                                       Attorneys for Plaintiff Ronald Moore


*Moore v. Sun., et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 1

## **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that <u>ONLY</u> Defendants Major Deol and Jaswinder S. Boparai dba Saber Liquor Market be dismissed with prejudice from this action.

IT IS SO ORDERED.

Dated:   April 5, 2012                          _____
                                                 CHIEF UNITED STATES DISTRICT JUDGE