Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046

Attorney for Plaintiff, Ronald Moore

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>  Plaintiff,<br><br>  vs.<br><br>JOHN S. SUN AND JANE V. SUN, TRUSTEES OF THE GUNNHI HOLDING TRUST, et al.,<br><br>  Defendants. | No. 1:12-CV-00210-AWI-SMS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND TO CONTINUE MANDATORY SCHEDULING CONFERENCE;**<br><br>**ORDER (Doc. 25)** |

**WHEREAS**, Plaintiff, Ronald Moore ("Plaintiff"), and Defendants, 1) John S. Sun and Jane V. Sun, Trustees of The Gunnhi Holding Trust and Christopher S. Sun, Trustee of the Los Altos Holding Trust ("John & Jane Sun"); 2) Me-N-Ed's Pizzerias, Inc. dba Me-N-Ed's Pizza # 10 ("Me-N-Ed's"); 3) Pedro Falcon and Antonio Rubio dba Carniceria Y Taqueria Los Compadres ("Carniceria Y Taqueria Los Compadres"); and 4) Maninder Sandhu dba Subway Sandwiches & Salads Store #12005 ("Subway") (collectively referred to as "Defendants," and together with Plaintiff, as "Parties"), are engaged in settlement negotiations and are optimistic that a settlement will be reached;

**WHEREAS**, Defendants' responsive pleadings are currently due on April 20, 2012;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for May 8, 2012, which will not provide the parties enough time to explore and/or complete a resolution through settlement;

**WHEREAS**, Plaintiff and Defendants desire to conserve the resources of this Court and avoid incurring additional attorney fees and costs;

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, by and through their respective counsel, that Defendants be given to and including May 18, 2012 within which to respond to Plaintiff's complaint;

**IT IS FURTHER STIPULATED** that the Mandatory Scheduling Conference in this matter be continued to a date after May 18, 2012 at the Court's convenience (excluding July) in order to allow the parties time to explore settlement.

IT IS SO STIPULATED.

Date: April 24, 2012                    MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff,
Ronald Moore

Date: April 18, 2012                    /s/ Nathan S. Miller
Nathan S. Miller
Attorney for Defendants,
Me-N-Eds; Carniceria Y Taqueria Los Compadres; and Subway

Date: April 18, 2012                    /s/ Michael J. F. Smith
Michael J. F. Smith,
Attorney for Defendant,
John & Jane Sun

**ORDER**

The parties having so stipulated and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1. Defendants (1) John S. Sun and Jane V. Sun, Trustees of The Gunnhi Holding Trust and Christopher S. Sun, Trustee of the Los Altos Holding Trust; (2) Me-N-Ed's Pizzerias, Inc., dba Me-N-Ed's Pizza #10; (3) Pedro Falcon and Antonio Rubio dba Carniceria Y Taqueria Los Compadres; and, (4) Maninder Sandhu dba Subway Sandwiches & Salads Store #12005 shall have to and through **May 18, 2012** within which to file their responsive pleadings.
2. The Mandatory Scheduling Conference is CONTINUED from May 8, 2012 at 10:00 a.m. before Judge Snyder to June 20, 2012 at 10:00 a.m. before Judge Snyder, for which a Joint Scheduling Report (Doc. 5) shall be due by June 13, 2012.

IT IS SO ORDERED.

Dated:   **April 24, 2012**           **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE