1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:12-CV-00210-AWI-SMS |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ME-N-ED'S PIZZERIAS, INC. DBA ME-N-ED'S PIZZA PARLOR #10 ONLY;** |
| JOHN S. SUN, et al., | |
| Defendants. | **[PROPOSED] ORDER** |

WHEREAS, Defendant Me-N-Ed's Pizzerias, Inc. dba Me-N-Ed's Pizza Parlor #10, has not filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that ONLY Defendant Me-N-Ed's Pizzerias, Inc. dba Me-N-Ed's Pizza Parlor #10 be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: May 14, 2012                    MOORE LAW FIRM, P.C.


                                      /s/Tanya E. Moore
                                      Tanya E. Moore
                                      Attorneys for Plaintiff Ronald Moore

*Moore v. Sun., et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 1

## ORDER

Good cause appearing,

**IT IS HEREBY ORDERED** that <u>ONLY</u> Me-N-Ed's Pizzerias, Inc. dba Me-N-Ed's Pizza Parlor #10 be dismissed with prejudice from this action.

IT IS SO ORDERED.

Dated:  May 14, 2012                           _____
                                                                  CHIEF UNITED STATES DISTRICT JUDGE