Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
RONALD MOORE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>     Plaintiff,<br><br>   vs.<br><br>JOHN S. SUN, et al.,<br><br>     Defendants. | No. 1:12-CV-00210-AWI-SMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENFANT MANINDER SANDHU DBA SUBWAY SANDWICHES & SALADS STORE #12005; ORDER** |

WHEREAS, Defendant Maninder Sandhu dba Subway Sandwiches & Salads Store #12005 has not filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that <u>ONLY</u> Defendant Maninder Sandhu dba Subway Sandwiches & Salads Store #12005 be dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: June 5, 2012                    MOORE LAW FIRM, P.C.


                                      /s/Tanya E. Moore


*Moore v. Sun, et al.*

Notice of Voluntary Dismissal; Order

Page 1

Tanya E. Moore
Attorneys for Plaintiff Ronald Moore

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that <u>ONLY</u> Defendant Maninder Sandhu dba Subway Sandwiches & Salads Store #12005 be dismissed with prejudice from this action.

IT IS SO ORDERED.

Dated:   June 5, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE