Michael J.F. Smith, #109426
**Michael J.F. Smith, A Professional Corporation**
1391 West Shaw Avenue, Suite D
Fresno, California 93711
(559) 229-3900
Fax: (559) 229-3903

Attorneys for:   Defendants, JOHN S. SUN AND JANE V. SUN, TRUSTEES OF THE GUNNHI HOLDING TRUST; CHRISTOPHER S. SUN, TRUSTEE OF THE LOS ALTOS HOLDING TRUST

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, </br></br> Plaintiff, </br></br> v. </br></br> JOHN S. SUN AND JANE V. SUN, TRUSTEES OF THE GUNNHI HOLDING TRUST; CHRISTOPHER S. SUN, TRUSTEE OF THE LOS ALTOS HOLDING TRUST, ET. AL. </br></br> Defendants. | Case No. 1:12-cv-00210-AWI-SMS </br></br> **STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE** </br></br> **ORDER GRANTING STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE** [erroneously e-filed as a motion, thereby producing an outstanding gavel next to the document number in the court docket, to be satisfied and removed] **(Doc. 34)** |

**WHEREAS**, plaintiff, Ronald Moore ("Plaintiff"), and the remaining defendants who have appeared in this action, John S. Sun and Jane V. Sun, Trustees of The Gunnhi Holding Trust, and Christopher S. Sun, Trustee of the Los Altos Holding Trust (collectively referred to as "Defendants," and together with Plaintiff, as "Parties"), are engaged in settlement negotiations and are optimistic that a settlement will be reached;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for June 20, 2012, which will not provide the parties enough time to explore and/or complete a resolution through settlement;

**WHEREAS**, Plaintiff and Defendants desire to conserve the resources of this Court and avoid incurring additional attorney fees and costs;

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, by and through their respective counsel, that the Mandatory Scheduling Conference in this matter be continued to a date

after August 3, 2012 at the Court's convenience in order to allow the parties time to explore settlement.

IT IS SO STIPULATED.

DATED:   June 12, 2012            MICHAEL J. F. SMITH, A.P.C.

                                  By /S/ Michael JF Smith
                                     Michael J. F. Smith, Esq.
                                     Attorney for Defendants
                                  JOHN S. SUN AND JANE V.
                                  SUN, TRUSTEES OF THE
                                  GUNNHI HOLDING TRUST;
                                  CHRISTOPHER S. SUN,
                                  TRUSTEE OF THE LOS
                                  ALTOS HOLDING TRUST

Date: June 12, 2012               MOORE LAW FIRM, P.C.

                                  /s/ Tanya E. Moore
                                  Tanya E. Moore
                                  Attorneys for Plaintiff,
                                  Ronald Moore

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference is continued from June 20, 2012 at 10:00 a.m. before Judge Snyder to August 7, 2012 at 10:30 a.m. before Judge Snyder, telephonically, for which Ms. Moore shall be responsible. If the case is not resolved, a Joint Scheduling Report (Doc. 5) shall be filed by July 31, 2012.

IT IS SO ORDERED.

Dated:   **June 12, 2012**                 /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE