1  Michael J.F. Smith, #109426
   **Michael J.F. Smith, A Professional Corporation**
2  1391 West Shaw Avenue, Suite D
   Fresno, California 93711
3  (559) 229-3900
   Fax: (559) 229-3903

4  Attorneys for:  Defendants, JOHN S. SUN AND JANE V. SUN,
5                  TRUSTEES OF THE GUNNHI HOLDING
                   TRUST; CHRISTOPHER S. SUN, TRUSTEE
6                  OF THE LOS ALTOS HOLDING TRUST

7  **UNITED STATES DISTRICT COURT**

8  **EASTERN DISTRICT OF CALIFORNIA**

9  RONALD MOORE,                                  )  Case No. 1:12-cv-00210-AWI-SMS
                                                  )
10                      Plaintiff,                )  **STIPULATION TO CONTINUE**
                                                  )  **MANDATORY SCHEDULING**
11         v.                                     )  **CONFERENCE**
                                                  )
12                                                )  **ORDER GRANTING**
                                                  )  **STIPULATION TO CONTINUE**
13  JOHN S. SUN AND JANE V. SUN, TRUSTEES         )  **MANDATORY SCHEDULING**
    OF THE GUNNHI HOLDING TRUST;                  )  **CONFERENCE** [erroneously e-filed
14  CHRISTOPHER S. SUN, TRUSTEE OF THE LOS        )  as a motion, thereby producing an
    ALTOS HOLDING TRUST, ET. AL.                  )  outstanding gavel next to the
15                                                )  document number in the court docket,
                                                  )  to be satisfied and removed]
16                      Defendants.               )  **(Doc. 34)**

   **WHEREAS**, plaintiff, Ronald Moore ("Plaintiff"), and the remaining defendants who have
18 appeared in this action, John S. Sun and Jane V. Sun, Trustees of The Gunnhi Holding Trust, and
19 Christopher S. Sun, Trustee of the Los Altos Holding Trust (collectively referred to as "Defendants,"
20 and together with Plaintiff, as "Parties"), are engaged in settlement negotiations and are optimistic that
21 a settlement will be reached;

   **WHEREAS**, the Mandatory Scheduling Conference is currently set for June 20, 2012, which will
23 not provide the parties enough time to explore and/or complete a resolution through settlement;

   **WHEREAS**, Plaintiff and Defendants desire to conserve the resources of this Court and avoid
25 incurring additional attorney fees and costs;

   **IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, by and through their
27 respective counsel, that the Mandatory Scheduling Conference in this matter be continued to a date

after August 3, 2012 at the Court's convenience in order to allow the parties time to explore settlement.

IT IS SO STIPULATED.

DATED:    June 12, 2012          MICHAEL J. F. SMITH, A.P.C.


                                 By /S/ Michael JF Smith
                                    Michael J. F. Smith, Esq.
                                    Attorney for Defendants
                                 JOHN S. SUN AND JANE V.
                                 SUN, TRUSTEES OF THE
                                 GUNNHI HOLDING TRUST;
                                 CHRISTOPHER S. SUN,
                                 TRUSTEE OF THE LOS
                                 ALTOS HOLDING TRUST

Date: June 12, 2012              MOORE LAW FIRM, P.C.

                                 /s/ Tanya E. Moore
                                 Tanya E. Moore
                                 Attorneys for Plaintiff,
                                 Ronald Moore


## ORDER

   The parties having so stipulated and good cause appearing,

   IT IS HEREBY ORDERED that the Mandatory Scheduling Conference is continued from June 20, 2012 at 10:00 a.m. before Judge Snyder to August 7, 2012 at 10:30 a.m. before Judge Snyder, telephonically, for which Ms. Moore shall be responsible.  If the case is not resolved, a Joint Scheduling Report (Doc. 5) shall be filed by July 31, 2012.

IT IS SO ORDERED.

   Dated:   **June 12, 2012**              **/s/ Sandra M. Snyder**
                                     UNITED STATES MAGISTRATE JUDGE