1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:12-CV-00210-AWI-SMS |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT HE JUN YE DBA GREAT MOON BUFFET <u>ONLY</u>; ORDER** |
| vs. | |
| JOHN S. SUN, et al., | |
| Defendants. | |

WHEREAS, Defendant He Jun Ye dba Great Moon Buffet has not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendant He Jun Ye dba Great Moon Buffet have settled the matter amongst themselves;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that <u>ONLY</u> Defendant He Jun Ye dba Great Moon Buffet be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: July 27, 2012                MOORE LAW FIRM, P.C.

                                   /s/Tanya E. Moore
                                   Tanya E. Moore
                                   Attorneys for Plaintiff Ronald Moore

*Moore v. John S. Sun, et al.*
Notice of Voluntary Dismissal of Defendant He Jun Ye dba Great Moon Buffet ONLY; Order
Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that <u>ONLY</u> Defendant He Jun Ye dba Great Moon Buffet is dismissed with prejudice from this action.

IT IS SO ORDERED.

Dated: July 27, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

*Moore v. John S. Sun, et al.*
Notice of Voluntary Dismissal of Defendant He Jun Ye dba Great Moon Buffet ONLY; Order
Page 2