K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE, | No.  1:12-CV-00210-AWI-SMS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |
| vs. | |
| JOHN S. SUN, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants John S. Sun and Jane V. Sun, Trustees of the Gunnhi Holding Trust and Christopher S. Sun, Trustee of the Los Altos Holding Trust, the remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: November 14, 2012					MOORE LAW FIRM, P.C.


						/s/Tanya E. Moore
						Tanya E. Moore
						 Attorney for Plaintiff Ronald Moore

///

Date: November 8, 2012

MICHAEL J.F. SMITH
A Professional Corporation


/s/ Michael J.F. Smith
Michael J.F. Smith
Attorneys for Defendants John S. Sun and Jane V. Sun, Trustees of the Gunnhi Holding Trust and Christopher S. Sun, Trustee of the Los Altos Holding Trust


**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.


IT IS SO ORDERED.

Dated:   November 14, 2012                          _____
                                                                UNITED STATES DISTRICT JUDGE